# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

VINCENT A. MORRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-920

————————————————

September 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County, Michael F. Andrews, Judge.

Vincent A. Morris, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and MORRIS and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.